**2012–2052.   State v. Branham.**
Hamilton App. No. C–120187.

**2012–2064.   Mindlin v. Zell.**
Franklin App. No. 11AP–983, 2012-Ohio-3543. Discretionary appeal not accepted. Motion for stay denied as moot.
    FRENCH, J., not participating.

**2013–0012.   ATS Inst. of Technology v. Ohio Bd. of Nursing.**
Franklin App. No. 12AP–385, 2012-Ohio-6030.
    FRENCH, J., not participating.

**2013–0018.   Marion Forum, L.L.C. v. Lynick Ents., Inc.**
Marion App. No. 9–12–13, 2012-Ohio-5947.

**2013–0052.   Pietrick v. Westlake.**
Cuyahoga App. No. 98258, 2012-Ohio-6009.
    O'DONNELL and LANZINGER, JJ., dissent.

**2013–0185.   McCarthy v. Charter One Bank, F.S.B.**
Summit App. Nos. 25894, 25909, and 25912, 2012-Ohio-4030.

**2013–0187.   State v. Rose.**
Butler App. No. CA2012–03–050, 2012-Ohio-5957.

**2013–0188.   Jenkins v. State Farm Fire & Cas. Co.**
Perry App. No. 12-CA-5, 2012-Ohio-6076.
    PFEIFER, J., dissents.

**2013–0190.   Perez Bar & Grill v. Schneider.**
Lorain App. No. 11CA010076, 2012-Ohio-5820.

**2013–0191.   Bank of New York Mellon v. Baird.**
Clark App. No. 2012-CA-28, 2012-Ohio-4975.

**2013–0192.   Fediaczko v. Mahoning Cty. Children Servs.**
Mahoning App. Nos. 11 MA 186 and 11 MA 199, 2012-Ohio-6095.
    FRENCH, J., dissents and would accept the appeal filed by Kim Vechiarelli.

**2013–0199.   State v. West.**
Cuyahoga App. Nos. 97398 and 97899, 2012-Ohio-6138.

**2013–0202.   State v. West.**
Cuyahoga App. Nos. 97391 and 97900, 2013-Ohio-96.
    O'NEILL, J., dissents.

**2013–0204.   Hykes v. Bellevue City School Dist.**
Huron App. No. H–12–003, 2012-Ohio-6059.

**2013–0205.   State v. Phillips.**
Franklin App. No. 12AP–57, 2012-Ohio-6023.
    FRENCH, J., not participating.

**2013–0207.   Inwood Village, Ltd. v. Cincinnati.**
Hamilton App. No. C–120055.

**2013–0209.   State v. Walz.**
Montgomery App. No. 23783, 2012-Ohio-4627.
    LANZINGER, J., dissents.

**2013–0212.   State v. Puckett.**
Muskingum App. No. CT2012–0031, 2012-Ohio-6014.

**2013–0217.   Thrifty Propane, Inc. v. Natl. Propane Gas Assn.**
Medina App. No. 11CA0086–M, 2012-Ohio-6113.